■ JUAN ONOFRE v. CITY OF NEW YORK et al.— Motion for an enlargement of time granted insofar as to extend the time of appellant to procure the record on appeal and appellant's points to be served and filed up to and including April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered February 25, 1960 is modified accordingly. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

## (April 15, 1960)

■ GERALD BELFERT v. PEOPLES PLANNING CORPORATION OF AMERICA.— Motion for further enlargement of time denied and appellant is directed to serve and file the record on appeal and appellant's points on or before April 26, 1960, with notice of argument for the June 1960 Term of this court as provided in the order of this court entered March 24, 1960. The printing in the record on appeal of exhibits A(1), A(3)(e), A(5)(a), A(5)(b), A(5)(c), A(6)(a), A(6)(b), A(7), A(8)(9f), A(10), A(11), D(1), D(2), D(3), Prospectus of Peoples Securities Corporation of April 7, 1958 (annexed to defendant-respondent's notice of motion), and B-1, B-2, C-1, and C-2 (annexed to plaintiff-appellant's answering affidavit), is dispensed with on condition that the originals of said exhibits are filed with this court on or before May 18, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

## (April 18, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE STAVIES, in Behalf of MARTIN ROTHSTONE, an Incompetent, against EDWARD V. LOUGHLIN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before April 28, 1960, with notice of argument for May 10, 1960, said appeal to be argued or submitted when reached, in which event the motion is denied, with $10 costs to respondent-respondent. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JACOB BROWNSTEIN et al.— Motion for a stay granted and the trial of the information now pending in the Court of Special Sessions of the City of New York, New York County is stayed pending the hearing and determination of the appeal on condition that the appeal is perfected and brought on for argument for May 10, 1960 in accordance with the terms and conditions contained in the stipulation of the parties, dated April 4, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of LOUIS I. KAPLAN, as Commissioner of Investigation of The City of New York against SHERIFF OF THE CITY OF NEW YORK.— Motion for a stay granted and the interim stay contained in the order to show cause, dated March 30, 1960, is continued pending the hearing and determination of the appeal, on condition that the appeal is argued or submitted on April 26, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.